**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DAVID HIGHTOWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | No. 4:25-cv-00138-JMB |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for calculation and collection of the appellate filing fee pursuant to *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). *See* Doc. 11. The Court previously ordered Plaintiff to file an updated copy of his prison account statement for the past six months, but Plaintiff has not done so. Under *Henderson*, if the Court does not receive a copy of Plaintiff's prison account statement, "it shall calculate the initial appellate partial filing fee at $35 or such other reasonable amount warranted by available information." *Henderson*, 129 F.3d at 485. The Court calculated Plaintiff's initial partial filing fee in the district court at $8.20 based on the prison account statement he filed on February 3, 2025. Doc. [5]. The Court finds $8.20 to be a reasonable amount for the initial partial appellate filing fee.

**IT IS HEREBY ORDERED** that Plaintiff must pay an initial appellate filing fee of $8.20 within 30 days of the date of this Order. Plaintiff is instructed to make his remittance payable to

2

"Clerk, United States District Court," and include on it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 5th day of December, 2025.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE